UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00411-IM |
| v. | **INFORMATION** |
| **ANDREW MARCUM (aka AMBER MARCUM),** | 18 U.S.C. § 111(a)(1) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Assaulting a Federal Agent-misdemeanor)**
**18 U.S.C. § 111(a)(1)**

On or about July 4, 2025, in the District of Oregon, defendant **ANDREW MARCUM**, did knowingly assault, resist, oppose, impede and interfere with Adult Victim 1 (AV1), an agent of Federal Protective Services and a person designated in Title 18, United States Code, Section 1114, while Adult Victim 1 was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a).

Dated: October 10, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney


__/s/ *Nicole M. Bockelman*_____
Nicole M. Bockelman
Assistant United States Attorney